FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**COMPLAINT**

SOUTHERN DISTRICT OF MISSISSIPPI
FILED

SEP 13 2023

BY _____ ARTHUR JOHNSTON
_____ DEPUTY

_Harrison_ (Last Name)       _454-393_ (Identification Number)

_Demond_ (First Name)       _Edward_ (Middle Name)

_Harrison County Adult Detention Center_
(Institution)

_1045 Larkin Smith Dr Gulfport Ms 39503_
(Address)

*(Enter above the full name of the plaintiff, prisoner, and address plaintiff in this action)*

CIVIL ACTION NUMBER: _____1:23cv233 LG-RPM_____
(to be completed by the Court)

V.

~~[scribbled out text]~~

~~[scribbled out text]~~

_Harrison County Adult Detention Center_
_VitalCore Health Strategis_

*(Enter above the full name of the defendant or defendants in this action)*

## OTHER LAWSUITS FILED BY PLAINTIFF

> **NOTICE AND WARNING:**
> The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A.   Have you ever filed any other lawsuits in a court of the United States?          Yes (✓)  No (  )

B.   If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse side of this page or additional sheets of paper.)

1.   Parties to the action: _Was over ten years or more ago /N/A_

2.   Court (if federal court, name the district; if state court, name the county): _____

3.   Docket Number: _N/A_

4.   Name of judge to whom case was assigned: _N/A_

5.   Disposition (for example; was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?): _N/A_

1

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank. Do the same for additional plaintiff, if any).

I. Name of plaintiff: _Demond E Harrison_ Prisoner Number: _454-393    B-A 104_

Address: _10451 Larkin Smith DR_

_Gulfport Ms 39503_

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank.  Use the space below item II for the names, positions, and places of employment of any additional defendants.) _Vital Core Health Strategis_

II. Defendant: _Harrison County Adult Detention Center_ is employed as _Greivence officer / Medical Department_ at _Harrison County Sheriff Department_

The plaintiff is responsible for providing the court the name and address of each plaintiff(s) as well as the name(s) and address(es) of each defendant(s).  Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME: _Demond E Harrison_    ADDRESS: _10451 Larkin Smith DR_

_Gulfport Ms 39503_

DEFENDANT(S):

NAME: _Harrison County Adult Detention Center Harrison County Sheriff Department Vital Core Health Strategis_    ADDRESS: _10451 Larkin Smith DR Gulfport Ms 39503_

2

GENERAL INFORMATION

A.   At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?

Yes (  )   No ( ✓ )

B.   Are you presently incarcerated for a parole or probation violation?

Yes (  )   No ( ✓ )

C.   At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?

Yes (  )   No ( ✓ )

D.   Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?

Yes (  )   No ( ✓ )

E.   Have you completed the Administrative Remedy Program regarding the claims presented in this complaint?

Yes ( ✓ )   No (  ), if so, state the results of the procedure: _the first 2 steps I got NO_ _Response then when I went for 3rd step the said that I was_ _Responded to In which they Never had_

F.   If you are not an inmate of the Mississippi Department of Corrections, answer the following questions:

1.   Did you present the facts relating to your complaint to the administrative or grievance procedure in your institution?

Yes ( ✓ )   No (  )

2.   State how your claims were presented (written request, verbal request, request for forms): _On Kiosk_ _when I ask for grievence and written Request_

3.   State the date your claims were presented: _ᵃJune 17, 2023, ᵇJuly 16 2023 ᶜ_ _Aug 22. 2023_

4.   State the result of the procedure: _No Respone to June 17. 2023 OR_ _July 16 2023  Aug 22. 2023 got a message on_ _Kiosk that was not in Regard to to original_ _grievance OR the 2nd grievance they Never answered_ _or Responded to._

## STATEMENT OF CLAIM

III.     State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet if necessary.)

On June 17 2023 As Caught on day Room Camaras about 4:25-4:35 As Caught on day Room. I opened up Microwave on B-A section of the Jail. a bottle of hot water a top blew up face burning My Right Side of face and Neck, officer Isman called Medical, and I was told by Medical Staff that Responded that I was too black to See bruises, and that they had nothing to treat a burn in the Jail and Refused to treat me. At shift change the Lt Called Medical and was treated and put on Wound Care for 2 days. Every Attemp to Resolve this mater has Resulted in a NON Response OR disregard to My attempt for grievance steps see Kiosk 454393 RELIEF P,m 5995 grievance form enclosed

IV.      State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

100,000,000, and My charge of agg Assualt #2023-053592 Docket No BF061-1369 drop dismissed

Signed this 28 day of August ,20 23

Demond Harrison 454393
10457 Larkin Smith DR 39503
Signature of plaintiff, prisoner number and address of plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

August 28, 2023
(Date)

Demond E Harrison
Signature of plaintiff

4