Demond HARRISON 454-393
10451 Larkin Smith DR.
Gulfport, Ms 39503



RECEIVED
SEP 13 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

Clerk. U.S. District Court

MAILED FROM HARRISON COUNTY
ADULT DETENTION CENTER
NOT RESPONSIBLE FOR CONTENTS

US DISTRICT COURT
501 E COURT ST
JACKSON MS 39201