# Harrison County Sheriff's Office

## Grievance Form

To: Grievance Officer

Grievance Number ___ - ___ - ___

From: HARRISON, DEMOND    454393    BA 105
       Inmate Name          Docket #   Unit

Date Submitted: July 16 2023    Date of Incident: _____

This is a grievance concerning: ~~[scribbled out]~~ Delt

No Response to grievance on incedent date of June 17 2023 as caught on day Room cameras about 4:25 - 4:35 P.M I opened up the Microwave on B-A section of the Jail. ~~once cooked~~ a ~~[scribbled]~~ bottle of hot water blew up in my face burning my right side of face and Neck and ~~[scribbled]~~ Officer Isman called medical and I was told by Medical that I was too dark to see bruises and that Medical had nothing In Jail to treat My burns ~~[scribbled]~~ On the Next Shift Lt Ray was in tower and I asked her to Call Medical due to Nature of Burns ~~[scribbled]~~ that Medical denied to treat on Previous Shift. The Nurse arrived and treated the burns and also for several days after that as seen on Camera. When I Requested grievance on Kiosk I quoted same as described In grievance that I never Recieved a Response on that was placed in officer Hawthorns hands ~~m~~. Being denied Medical attention and the Racial Slur that was Made is a direct Voilation of My Constitutional Rights and is Cruel and Unuasle Peenishment. I deemed that original grievance on this matter was purposely misplaced so that time frame to Submit Grievance would elaspe to Make original grievance invaled. I placed this grievance in officer Mckenzie hands on July 17 2023

07 21-23    Demond E. Harrison
            Inmate Signature