IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DEMOND EDWARD HARRISON**                                              **PLAINTIFF**

v.                                               CAUSE NO. 1:23-cv-233-LG-RPM

**HARRISON COUNTY ADULT DETENTION CENTER, et al.**    **DEFENDANTS**

<u>**FINAL JUDGMENT**</u>

       In accordance with the Court's Order issued this date and incorporated herein by reference,

       **IT IS THEREFORE ORDERED AND ADJUDGED** that this civil action is **DISMISSED WITHOUT PREJUDICE.**

       **SO ORDERED AND ADJUDGED** this the 8th day of January, 2024.

                                                           s/ *Louis Guirola, Jr.*

                                                           LOUIS GUIROLA, JR.
                                                           UNITED STATES DISTRICT JUDGE